IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 98-50302

---

GAIL ATWATER, Individually; MICHAEL HAAS, Dr, As next friend
of Anya Savannah Haas and Mackinley Xavier Haas

                                        Plaintiffs - Appellants

versus


CITY OF LAGO VISTA; BART TUREK; FRANK MILLER, Chief Police
Lago Vista

                                        Defendants - Appellees

- - - - -
Appeal from the United States District Court for the
Western District of Texas
- - - - -

ON PETITIONS FOR REHEARING AND REHEARING EN BANC
(Opinion January 29, 1999, 5 Cir., 1999, _____F.3d____)

(March 26, 1999)

Before KING, Chief Judge, POLITZ, JOLLY, HIGGINBOTHAM, DAVIS,
     JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA,
     DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit
     Judges.

BY THE COURT:

       A member of the Court in active service having requested a

poll on the suggestion for rehearing en banc and a majority of the

judges in active service having voted in favor of granting a

rehearing en banc,

       IT IS ORDERED that this cause shall be reheard by the court

en banc with oral argument on a date hereafter to be fixed.  The

Clerk will specify a briefing schedule for the filing of

supplemental briefs.